Robert L. Janicki, #5493
Michael A. Stahler, #13958
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 323-2090
rjanicki@strongandhanni.com
mstahler@strongandhanni.com
*Attorneys for Defendants*
*Tech Data Corporation*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| JUSUP SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>TECH DATA CORPORATION; PATRICK BATTON; JOHN DOE CORPORATION; JOHN DOE SNOWMOBILE DRIVE; and DOES I-X,<br><br>Defendants. | **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Utah State Civil No.: 180500147<br>Judge: Kent Holmberg<br><br>Federal Civil No.: |

Defendant Tech Data Corporation ("Defendant"), by and through counsel, Strong & Hanni, hereby files this NOTICE OF REMOVAL of the above-entitled action from the Third Judicial District Court in Summit County, State of Utah, to the United States District Court for the District of Utah, Central Division.

This notice of, and petition for removal, is made pursuant to 28 U.S.C. §§ 1441 et seq. and 1446 et seq. and is proper and appropriate based upon the following:

1. On or about June 20, 2018, the Plaintiff served Tech Data Corporation with a Summons and Complaint in an action captioned <u>Jusup Sandoval v. Tech Data Corporation, Patrick Batton, John Doe Corporation, et. al</u>., Civil No. 180500147, in the Third Judicial District Court for the State of Utah, Summit County Division. The Summons and Return of Service are attached hereto as **Exhibit A**.

2. The Plaintiff alleged that at all relevant times he was a resident of Montana. Pl.'s Compl. ¶ 2. The Complaint is attached as **Exhibit B**.

3. The Plaintiff alleged that Defendant Patrick Batton was at all relevant times a resident of Florida. **Exhibit B**, Pl.'s Compl. ¶ 4.

4. The Plaintiff alleged that Defendant Tech Data Corporation was at all relevant times a foreign corporation doing business within the State of Utah with its principal place of business in Florida. **Exhibit B**, Pl.'s Compl. ¶ 3.

5. The Plaintiff seeks to recover damages in excess of $75,000. **Exhibit B**, Pl.'s Compl. Page 1 (stating that this action is a Tier 3 matter under Utah Civ. R. P. 26(c)(3) (setting that Tier III matters are those with damages in excess of $300,000)).

6. The Plaintiff alleges that he suffered injuries as the result of a snowmobile accident that took place on or about April 3, 2014 at the Thousand Peaks Ranch in Park City, Utah in Summit County, State of Utah. **Exhibit B**, Pl.'s Compl. ¶ 11.

7. There are no other specifically named and served defendants in the Complaint. **Exhibit B.**

8. Diversity of Citizenship exists between the Plaintiff and all the Defendants in accordance with 28 U.S.C. § 1332 (a) because the Plaintiff is a citizen of the State of Montana, the

Defendants are a foreign corporation and a resident of Florida, and the amount in controversy exceeds $75,000.

9. Removal of this action is proper under 28 U.S.C. § 1441 (b) because none of the Defendants are citizens of the State of Utah.

10. This Notice of Removal has been filed within thirty (30) days after service of the Complaint on the Defendants, as required by 28 U.S.C. 1446 (b)(2)(B).

11. The Defendant has, or will, file its responsive pleading to the Complaint in accordance with Fed. R. Civ. P. Rule 81(c).

DATED this 18th day of July, 2018.

STRONG & HANNI

*/S/ Michael A. Stahler*
Robert L. Janicki
Michael A. Stahler
*Attorneys for Defendants*
*Tech Data Corporation and Patrick Batton*