Robert L. Janicki, #5493
Michael L. Ford, #8586
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:  (801) 323-2090
rjanicki@strongandhanni.com
mford@strongandhanni.com
*Attorneys for Defendants*
*Tech Data Corporation and Patrick Batton*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JUSUP SANDOVAL,<br><br>    Plaintiff,<br><br>vs.<br><br>TECH DATA CORPORATION; PATRICK BATTON; JOHN DOE CORPORATION; JOHN DOE SNOW MOBILE DRIVER; and DOES I-X,<br><br>    Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:18-cv-00573<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Plaintiff, Jusup Sandoval, and Defendants, Tech Data Corporation and Patrick Batton, by and through counsel of record, hereby stipulate that Plaintiff's Complaint and all claims contained therein against Defendants may be dismissed, with prejudice, all parties to bear their own costs and attorney's fees incurred herein.

DATED this 8th day of February, 2021.

                                                STRONG & HANNI

                                                */s/ Robert L. Janicki*
                                                Robert L. Janicki
                                                Michael L. Ford
                                                *Attorneys for Defendant Tech Data Corporation and Patrick Batton*

DATED this 8th day of February, 2021.

                                               JONES WALDO HOLBROOK & McDONOUGH

                                                */s/ Brady L. Rasmussen (signed with permission)*
                                                Brady L. Rasmussen
                                                *Attorneys for Plaintiff*

## **MAILING CERTIFICATE**

I hereby certify that on the 8th day of February, 2021, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed using the court's CM/ECF system, which sent notice to all counsel of record.

                                               */s/ Chris Larson*