IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JUSUP SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>TECH DATA CORPORATION; PATRICK BATTON; JOHN DOE CORPORATION; JOHN DOE SNOW MOBILE DRIVER; and DOES I-X,<br><br>    Defendants. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:18-cv-00573-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having reviewed the parties' Stipulation for Dismissal with Prejudice,[1] and for good cause appearing, the court GRANTS the Motion and DISMISSES WITH PREJUDICE Plaintiff's claims against Defendants.  Each party shall bear its own costs and fees.  The Clerk of Court is directed to close this case.

**SO ORDERED** this 8th day of February 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 32.

1